No. 96–9573.  HENDERSON v. UNITED STATES (two judgments). C. A. 11th Cir.  Certiorari denied.

No. 96–9574.  BOWRING ET AL. v. ELLIS, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 96–9575.  CASSELL v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 96–9576.  CARRIZAL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 96–9577.  BAKI, AKA CALHOUN v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 96–9578.  CROWDER v. ROYAL INSURANCE CORP. ET AL. C. A. 7th Cir.  Certiorari denied.

No. 97–1.  ALSTON ET AL. v. ARIZONA EX REL. HOUSEWORTH, SUPERINTENDENT OF BANKS.  Ct. App. Ariz.  Certiorari denied.

No. 97–2.  WESTINGHOUSE ELECTRIC CORP. v. GENERAL CIRCUIT BREAKER & ELECTRIC SUPPLY, INC., ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–3.  TOTAL MEDICAL MANAGEMENT, INC. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 97–4.  FIREMAN'S FUND INSURANCE CO., INC. v. PAINE-WEBBER REAL ESTATE SECURITIES, INC., ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 97–5.  LEWIS, AKA REYNOLDS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–6.  JENKINS v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 97–8.  STANFIELD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.